# MEDWITNESS, LTD.

8123 N. Tripp Ave. Skokie, IL. 60076
847-673-4422 . Livingston@MedWitness.com

## STATEMENT

Zimmerman Law Offices
77 W. Washington Street
Suite 1220
Chicago, IL 60602

Re: DHA Benefits Research

Feb 4, 2016 - (Telephone Conf-TZ). Research into clinical studies of DHA with respect to memory.

Feb 5, 2016 - Meet with TZ regarding findings of DHA research. Review product packaging.

Sept 27, 2016 - Phones calls and e-mails regarding Declaration.

Total Charge: $1,000.00

Respectfully,

Bruce Livingston

**EXHIBIT F**

ZIMMERMAN LAW OFFICES, P.C.  
OPERATING ACCOUNT  
77 W. WASHINGTON ST., SUITE 1220  
CHICAGO, IL 60602  

4676

THE NORTHERN TRUST COMPANY  
CHICAGO, IL 60675  
2-15/710  

2/13/2017

PAY TO THE ORDER OF: MedWitness, Ltd.    $ **1,000.00

One Thousand and 00/100************************************************ DOLLARS

MEMO  CVS

⌞004676⌝