# NorthStar Neurology, PC

**Carol L. Henricks, MD**
7596 N. LaCholla Blvd.
Tucson, Arizona 85741

Telephone: (520)229-1238
Fax: (520)229-1242

Zimmerman Law Offices, PC
77 W Washington St.
Suite 1220
Chicago Illinois 60602

January 10, 2017

To Whom It May Concern this is our bill for services rendered by Dr. Carol Henricks in the case ALIANO vs CVS.

April 2016 conversation with Sharon Harris regarding DHA studies
Expert opinion.

$500

September 2016 declaration RE: DHA for Brain and Memory Support.

$500

*Carol L Henricks* (signature)
Carol L Henricks, MD
NorthStar Neurology PC

**EXHIBIT N**

ZIMMERMAN LAW OFFICES, P.C.
OPERATING ACCOUNT
77 W. WASHINGTON ST., SUITE 1220
CHICAGO, IL 60602

4675

THE NORTHERN TRUST COMPANY
CHICAGO, IL 60675
2-18/710

2/13/2017

PAY TO THE ORDER OF: Carol Henricks, MD     $ **1,000.00

One Thousand and 00/100 — DOLLARS

MEMO: CVS

⑈004675⑈